```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/10/2013
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

STEVEN VORNEA,

        Plaintiff,

v.

STEPHENS & MICHAELS
ASSOCIATES, INC.,

        Defendant.

No. 1:12-cv-05376-NRB

**STIPULATION OF DISMISSAL
WITHOUT PREJUDICE**

The Plaintiff and Defendant, by and through the undersigned, hereby stipulate that the above entitled action shall be dismissed without prejudice to Plaintiff on his complaint and without costs and/or attorney's fees to any party.

THE PLAINTIFF
STEVEN VORNEA

By: _____
Karin Arrospide

Fredrick Schulman & Associates
30 East 29 St., Suite 204
New York, NY 10016
Tel: (212)-796-6053
Fax: (212)-951-7379
Email: Karin@fschulmanlaw.com

THE DEFENDANT
STEPHENS & MICHAELS
ASSOCIATES, INC.

By _____
Jonathan D. Elliot

Zeldes, Needle & Cooper, PC
1000 Lafayette Boulevard
Bridgeport, CT 06604
Tel. 203-333-9441
Fax 203-222-1489
Email: jelliot@znclaw.com

So Ordered: _____ Date: January 10, 2013